NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JODI A. SCHWENDIMANN, FKA JODI A. DALVEY,**
*Plaintiff/Counterclaim Defendant-Cross-Appellant*

**COOLER CONCEPTS, INC.,**
*Counterclaim Defendant-Cross-Appellant*

**v.**

**ARKWRIGHT ADVANCED COATING, INC.,**
*Defendant/Counterclaimant-Appellant*

---

2018-2416, 2019-1012

---

Appeals from the United States District Court for the District of Minnesota in No. 0:11-cv-00820-JRT-HB, Judge John R. Tunheim.

---

**O R D E R**

---

Before O'MALLEY, REYNA, and WALLACH, *Circuit Judges.*

PER CURIAM.

Before the court is the parties' May 7, 2020, joint response to the Order to Show Cause. The parties have agreed there is no need for redactions. Accordingly,

2        SCHWENDIMANN v. ARKWRIGHT ADVANCED COATING

IT IS ORDERED THAT:

The opinion issued under seal on May 5, 2020 is hereby unsealed.

FOR THE COURT

May 13, 2020                    /s/ Peter R. Marksteiner
    Date                        Peter R. Marksteiner
                                Clerk of Court